**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STANLEY I. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV979 CDP |
| | ) |
| NESTLE PURINA PET CARE, CO. et al., | ) |
| | ) |
| Defendants, | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the Clerk is directed to issue service on the complaint. The Clerk should look to the Court's Memorandum and Order dated June 24, 2015, for the state of incorporation for each of the defendants. Defendants' registered agents for service are listed on the appropriate Secretary of State's website.

Dated this  13th  day of July, 2015.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE